UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————

EIJI SUDA, ET AL.,

                    Plaintiffs,           10 Civ. 5692 (JGK)

          - against -                     MEMORANDUM OPINION
                                              AND ORDER
SUSHIDEN CORPORATION,

                    Defendant.

————————————————————————————

JOHN G. KOELTL, District Judge:

     The parties' settlement of the plaintiffs' FLSA claims is
fair and reasonable, and their application for approval of the
settlement and dismissal of the suit with prejudice is therefore
granted.  See, e.g., Boucad v. City of New York, No. 07 Civ.
11098, 2010 WL 4813784, at *1 (S.D.N.Y. Nov. 16, 2010)
(discussing standards to be applied in approving FLSA
settlement).  There is also a sufficient showing that the amount
of the settlement payments should be redacted from the
settlement agreement that is filed publicly.  See United States
v. Amodeo, 71 F.3d 1044, 1050-52 (2d Cir. 1995) (discussing
balancing test to be applied when party seeks to file judicial
document under seal).  The unredacted settlement agreement will
be filed under seal.

The parties should submit promptly a proposed judgment and a redacted settlement agreement.  The Court will file the unredacted settlement agreement under seal.

**SO ORDERED.**

**Dated:     New York, New York**
**March 23, 2011**

_____
John G. Koeltl
United States District Judge